UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

Southern Division

_____
)
QINGPING LIU and XIUPING XI,    ) Case No. 2:15-cv-12123-GCS-APP
                                ) Hon. George Caram Steeh
       Plaintiffs,           ) Mag. Judge Anthony P. Patti
                                )
v.                              )
                                )
METRO PROPERTY MANAGEMENT,      )
and METRO PROPERTY GROUP,       )
                                )
       Defendants.           )
_____)

## DEFAULT JUDGMENT

The defendants, Metro Property Management, LLC, and Metro Property Group, LLC, have failed to appear, plead or otherwise defend in this action, and defaults were entered on August 25, 2015, and the Plaintiffs having filed a motion and supporting affidavit in accordance with Fed. R. Civ. P. 55;

A default judgment is hereby entered in favor of plaintiffs, Qingping Liu and Xiuping Xi, and against defendants, Metro Property Management, LLC, and

Metro Property Group, LLC in the amount of $93,067.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

> s/George Caram Steeh
> United States District Judge

Dated: November 25, 2015